UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSEPH HARTSOCK, <br><br> Plaintiff, <br><br> v. <br><br> WESTVILLE CORRECTIONAL FACILITY WARDEN, <br><br> Defendants. | CAUSE NO. 3:22-CV-303-JD-MGG |

OPINION AND ORDER

The Defendant, by counsel, filed a second motion asking for more time to respond to the preliminary injunction motion because he recently received additional information and needs to obtain a signature for a declaration. Good cause having been shown, the motion (ECF 27) is GRANTED and the deadline ENLARGED to **June 3, 2022**. No further enlargements of this deadline will be granted. The defendant must file a response "describing/explaining how Joseph Hartsock is being protected from attack by other inmates as required by the Eighth Amendment." ECF 17 at 4. If additional briefing or supporting materials are anticipated, the defendant needs to also file a motion asking for time to supplement his response.

SO ORDERED on May 31, 2022

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge