AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOSEPH HARTSOCK

    Plaintiff

v.   Civil Action No. 3:22-cv-303

INDIANA DEPARTMENT OF CORR
*TERMINATED: 10/18/2022*

ROBERT CARTER, JR
*TERMINATED: 10/18/2022*

JAMES BASINGER
*TERMINATED: 10/18/2022*

ROBERT BUGHER
*TERMINATED: 10/18/2022*

CHARLENE BURKETT
*TERMINATED: 10/18/2022*

JOHN GALIPEAU
*Warden*

KENNETH GANN
*TERMINATED: 10/18/2022*

KENNETH WATTS
*TERMINATED: 10/18/2022*

MAJOR CORNETT
*TERMINATED: 10/18/2022*

JOSEPH FARLEY
*TERMINATED: 10/18/2022*

WEAVER-MASTERSON
*Mss.*
*TERMINATED: 10/18/2022*

MR. STROUD

MR. WINTERS

THOMAS
*Mr.*
*TERMINATED: 10/18/2022*

CAULLEY
*Mrs.*
*TERMINATED: 10/18/2022*

MAPLES
*Mr. Day Shift 4-dorm Control Officer on 4/2/2022*
*TERMINATED: 12/06/2022*
*also known as*
Mike Mable

MR. PARRISH

ZAMBRANO
*Mr.*
*TERMINATED: 12/06/2022*

MRS. LOGOTHESIS
*also known as*
Officer Logothetis

GREY
*Mrs.*
*TERMINATED: 12/06/2022*

DIAZ
*Mr.*
*TERMINATED: 10/18/2022*

MR. SPURGEON

INDIANA DEPARTMENT OF CORRECTION
*(IDOC)*

ROBERT CARTER, JR

JAMES BASINGER

ROBERT BUGHER

KENNETH WATTS

KENNETH GANN

MR. CORNETT

    JOSEPH FARLEY

    CYNTHIA WEAVER-MASTERSON

    RICHARD HALL

    C. THOMAS

    MRS. CAULEY

    MIKE MABLES

    BABY ZAMBRANA

    ANGELA GRAY

    MR. DIAZ

    RANDALL EARHART

    JASON RIPPE

    CHARLES HERR

    GEOFFREY TALBOT

    STEFAN MILLER

    JACK RENSTROM

    DENNIS GULLESON

    CHARLENE BURKETT

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b). _____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Jon E. DeGuilio

DATE:  04/08/2024                     CHANDA J. BERTA, CLERK OF COURT

                                      by     s/J. Barboza
                                         *Signature of Clerk or Deputy Clerk*